UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PHILLIP O'NEIL,

    Petitioner,

v.                                                                                      Case No. 03-cv-838-JPG

STEPHEN C. BRYANT,

    Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Phillip O'Neil's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is denied, that judgment is entered in favor of respondent Stephen C. Bryant and against petitioner Phillip O'Neil, and that this case is dismissed with prejudice.

DATED:  May 7, 2007                                              NORBERT JAWORSKI

                                                                               **s/Vicki Lynn McGuire**
                                                                               **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**